# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

### 2021 ND 67

In the Interest of A.G., a child

| | |
|---|---|
| Eric Hetland, Kidder County State's Attorney, | Petitioner and Appellee |
| v. | |
| A.G., child; unknown father, | Respondents |
| and | |
| E.G., mother, | Respondent and Appellant |

### No. 20210075

Appeal from the Juvenile Court of Kidder County, Southeast Judicial District, the Honorable Jay A. Schmitz, Judge.

AFFIRMED.

Per Curiam.

Eric B. Hetland, State's Attorney, Steele, ND, for petitioner and appellee.

Mary E. Depuydt, Wishek, ND, for respondent and appellant.

**Per Curiam.**

[¶1]   E.R.G., the mother, appeals from a juvenile court order terminating her parental rights to A.G. On appeal, the mother argues the juvenile court abused its discretion by denying her request for a continuance and the court erred by finding there was clear and convincing evidence to terminate her parental rights. We conclude the court did not abuse its discretion by denying the mother's request for a continuance. The court found there is clear and convincing evidence the child was abandoned and is a deprived child. There is clear and convincing evidence supporting the court's finding that the child has been abandoned. We conclude the court's findings are supported by clear and convincing evidence, are not clearly erroneous, and support termination of E.R.G.'s parental rights. We summarily affirm under N.D.R.App.P. 35.1(a)(2), (4), and (7); *see In re Adoption of A.S.*, 2018 ND 265, ¶ 16, 920 N.W.2d 301 (holding it was unnecessary to consider whether the district court erred in finding parent abandoned children because we affirmed the court's alternate findings on deprivation, which support the legal requirements for terminating parental rights).

[¶2]   Jon J. Jensen, C.J.
Gerald W. VandeWalle
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte